

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ZAM: USAO# 2014R00339

2014 OCT 22  PM 3:36

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

**DANIEL P. WELCH and,**
**JONATHAN M. SUTTON,**

　　Defendants

CRIMINAL NO. CCB-14-0495

(Conspiracy, 18 U.S.C. § 371;
Felon In Possession of a Firearm, 18
U.S.C. § 922(g)(1); and, Forfeiture, 18
U.S.C. § 924(d))

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
(Conspiracy)

The Grand Jury for the District of Maryland charges that:

**Introduction**

At all times material to this Indictment:

1.　Defendant **DANIEL P. WELCH** was a resident of Crumpton and Chestertown, Maryland and had previously been convicted of felonies, meaning crimes punishable by a term of imprisonment exceeding one year.

2.　Defendant **JONATHAN M. SUTTON** was a resident of Chestertown, Maryland.

3.　Chesapeake Guns, Inc., was a federally licensed firearms dealer, as that term is defined in Chapter 44, Title 18, United States Code, located at 200 Island Plaza Court, Stevensville, Maryland, or 314 Evans Avenue, Grasonville, Maryland.

4.　The Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") was a federal agency responsible for, among other things, enforcement of regulations relating to the purchase and possession of weapons. In order to purchase firearms, a buyer from a federally licensed

1

firearms dealer must truthfully complete an ATF Federal Form 4473 (Firearms Transaction Record Part 1 - Over-the-Counter).

5. An illegal or "straw purchase" occurs when an individual, who is ineligible to lawfully purchase a firearm, solicits another to conduct the transaction and complete the ATF Form 4473 in the middleman's name. Form 4473 notifies the buyer that such purchases are unlawful. On the first page of the form, the buyer is asked: "Are you the actual transferee/buyer of the firearm . . .?" The question is followed by a warning in bold print that states: "Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person." The purchaser is also referred to the instructions for answering this question, which provides simple examples of permissible and impermissible purchases. Finally, the buyer's certification explicitly states that falsely answering "yes" to the actual buyer question is a crime punishable as a felony.

## The Charge

6. Between on or about January 29, 2011, and January 31, 2014, in the District of Maryland, the defendants,

**DANIEL P. WELCH and**
**JONATHAN M. SUTTON,**

did knowingly and willfully conspire and agree together with one another and with others known and unknown to the Grand Jury, to commit an offense against the United States, that is,

   a. to knowingly possess firearms and ammunition in and affecting commerce by an individual who has been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), and

   b. to knowingly make false and fictitious oral and written statements and to furnish

2

and exhibit any false, fictitious, and misrepresented identification, in connection with the acquisition and attempted acquisition of firearms from federally licensed firearms dealers, which were intended and likely to deceive such dealers with respect to any fact material to the lawfulness of the sale and other disposition of such firearm and ammunition under the provisions of Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Section 922(a)(6).

### Object of the Conspiracy

7. It was the object of the conspiracy to unlawfully obtain firearms for **WELCH** through purchases from private sellers and through "straw purchases" by **SUTTON** from federally licensed firearms dealers.

### Manner and Means of the Conspiracy

8. It was part of the conspiracy that defendants **WELCH** and **SUTTON** would visit Chesapeake Guns, Inc. where they would shop for firearms and ammunition together.

9. It was further part of the conspiracy that **SUTTON** would obtain firearms and ammunition from Chesapeake Guns, Inc. and from private individuals and provide firearms and ammunition to **WELCH**.

### Overt Acts

10. In furtherance of the conspiracy, and to effect the objects thereof, the defendants and others known and unknown to the Grand Jury committed the following overt acts in the District of Maryland and elsewhere:

11. On or about January 29, 2011, **WELCH** and **SUTTON** visited four Automatic Teller Machines in Stevensville, Maryland, in the immediate vicinity of Chesapeake Guns, Inc.

**WELCH** withdrew a total of approximately $1,700 in United States Currency from these machines over the course of approximately twenty minutes.

12.   On or about January 29, 2011, **WELCH** and **SUTTON** visited Chesapeake Guns, Inc., and selected firearms for **SUTTON** to purchase for Welch.

13.   On or about January 29, 2011, **SUTTON** purchased the following firearms from Chesapeake Guns, Inc.:

| MANUFACTURER | MODEL | SERIAL NO. |
|---|---|---|
| Smith & Wesson | MP5-22 | DTU5018 |
| Mossberg | Persuada 500 | T675256 |
| Century Arms | SKS | RB4713-1960 |

14.   On or about January 29, 2011, **SUTTON** completed a Form 4473 indicating that he was the actual buyer of the three firearms listed on the form, and that he was not acquiring the firearms for another person.

15.   On or about February 1, 2011, **SUTTON** acquired the three firearms from Chesapeake Guns, Inc.

16.   On or about February 1, 2011, **SUTTON** transferred the three firearms to **WELCH**.

17.   On or about February 11, 2011, **SUTTON** purchased the following firearm from Chesapeake Guns, Inc.:

| MANUFACTURER | MODEL | SERIAL NO. |
|---|---|---|
| Marlin | 917V | 91656188 |

18.   On or about February 11, 2011, **SUTTON** completed a Form 4473 indicating that he was the actual buyer of the Marlin rifle listed on the form, and that he was not acquiring the firearm for another person.

19. On or about February 12, 2011, **SUTTON** and **WELCH** went to Chesapeake Guns, Inc. to pick up the Marlin rifle.

20. On or about February 12, 2011, **SUTTON** acquired the Marlin rifle from Chesapeake Guns, Inc.

21. On or about February 12, 2011, **SUTTON** transferred the Marlin rifle to **WELCH**.

22. In approximately 2012, **SUTTON** acquired the following firearms through purchases from private individuals:

| MANUFACTURER | MODEL | SERIAL NO. |
| --- | --- | --- |
| Remington Arms | 597 (.22) | 2935495M |
| Ruger | Single Six (.22) | 180478 |

23. On or about June 14, 2013, **WELCH** knowingly possessed the following firearms at his home in Crumpton, Maryland:

| MANUFACTURER | MODEL | SERIAL NO. |
| --- | --- | --- |
| Remington Arms | 597 (.22) | 2935495M |
| Ruger | Single Six (.22) | 180478 |

24. On or about January 31, 2014, **WELCH** knowingly possessed the following firearm at his parents' home, where he was residing, in Chestertown, Maryland:

| MANUFACTURER | MODEL | SERIAL NO. |
| --- | --- | --- |
| Marlin | 917V | 91656188 |

18 U.S.C. § 371

## COUNT TWO
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraphs 1 through 5 and 7 through 24 of Count One are incorporated here.

2. Beginning on or about February 1, 2011, and continuing through in or about May 2011, in the District of Maryland, the defendant,

### DANIEL P. WELCH,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms, in and affecting commerce.

| MANUFACTURER | MODEL | SERIAL NO. |
|---|---|---|
| Smith & Wesson | MP5-22 | DTU5018 |
| Mossberg | Persuada 500 | T675256 |
| Century Arms | SKS | RB4713-1960 |

18 U.S.C. § 922(g)(1)

## COUNT THREE
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraphs 1 through 5 and 7 through 24 of Count One are incorporated here.

2. Beginning on or about February 12, 2011, and continuing through on or about January 31, 2014, in the District of Maryland, the defendant,

**DANIEL P. WELCH,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms, in and affecting commerce.

| MANUFACTURER | MODEL | SERIAL NO. |
|---|---|---|
| Marlin | 917V | 91656188 |

18 U.S.C. § 922(g)(1)

## COUNT FOUR
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraphs 1 through 5 and 7 through 24 of Count One are incorporated here.

2. Between in or about 2012 and on or about June 14, 2013, in the District of Maryland, the defendant,

**DANIEL P. WELCH,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms, in and affecting commerce.

| MANUFACTURER | MODEL | SERIAL NO. |
|---|---|---|
| Remington Arms | 597 (.22) | 2935495M |
| Ruger | Single Six (.22) | 180478 |

18 U.S.C. § 922(g)(1)

## FORFEITURE

As a result of the offenses set forth in this indictment, the defendants,

**DANIEL P. WELCH and
JONATHAN M. SUTTON**

shall forfeit to the United States the following firearms, as well as any and all ammunition, involved in the offenses.

| COUNTS | MANUFACTURER | MODEL | SERIAL NO. |
|---|---|---|---|
| 1 & 2 | Smith & Wesson | MP5-22 | DTU5018 |
| 1 & 2 | Mossberg | Persuada 500 | T675256 |
| 1 & 2 | Century Arms | SKS | RB4713-1960 |
| 1 & 3 | Marlin | 917V | 91656188 |
| 1 & 4 | Remington Arms | 597 (.22) | 2935495M |
| 1 & 4 | Ruger | Single Six (.22) | 180478 |

18 U.S.C. § 924(d)

Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

Foreperson

10/22/14
Date

9